In the Matter of the Estate of GEORGE E. SCOTT, SR., Deceased. EDNA H. N. BAIRD, as Administratrix of the Estate of CATHERINE S. DIVINE, Deceased, Appellant; GEORGE E. SCOTT, JR., Administrator, Respondent.— Motion to resettle order entered May 12, 1966, granted, without costs. The

order, as resettled, shall provide: " Order reversed, on the law and the facts, with $10 costs and disbursements payable from the estate, and matter remitted to the Surrogate's Court of Delaware County to proceed with the accounting." (See *Matter of Hughes,* 231 App. Div. 770; *Matter of Kipp,* 17 Misc. 491, affd. 5 App. Div. 625.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.